[No. 58226-7-I.  Division One.  September 10, 2007.]

*In the Matter of the Personal Restraint of* MELANIE McFERRIN, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 58281-0-I.  Division One.  September 10, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ZANE HICKOK, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 05-1-00157-8, Vickie I. Churchill, J., entered May 26, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58837-1-I.  Division One.  September 10, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. IVAN GUERRERO-MELCHOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00769-7, Christopher A. Washington, J., entered August 17, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58919-9-I.  Division One.  September 10, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LEO PENICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-04679-6, Nicole MacInnes, J., entered September 18, 2006. *Affirmed* by unpublished per curiam opinion.